IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00313-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHELLE COLLIER,

     Defendant.

---

MINUTE ORDER

---

| Pursuant to the directions of | M.J. Garcia, Deputy Clerk |
|---|---|
| Magistrate Judge Kristen L. Mix | August 14, 2012 |

It is hereby ORDERED that defendant Michelle Collier shall appear for an Initial Appearance on September 5, 2012, at 10:00 AM, in Courtroom C204, Byron Rogers Courthouse, 1929 Stout Street, Denver, CO 80294.

Colleen Covell
Assistant U.S. Attorney


U.S Probation

U.S. Marshal Service

Michelle Collier
7107 A Radbourne Road
Upper Darby, PA 191082